**Opinion issued February 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00894-CV**

————————————

## IN RE D. HOUSTON, INC. D/B/A TREASURES AND JASON BRANNEN, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, D. Houston, Inc. d/b/a Treasures and Jason Brannen, have filed a petition for writ of mandamus, seeking to reverse the trial court's order compelling relators to disclose financial information.[1]

---

[1]  The underlying case is *Wesley O'Neill v. D. Houston, Inc. d/b/a Treasures and Jason Brannen*, cause number 2017-71771, pending in the 133rd Judicial District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We withdraw our October 11, 2018 Order that granted a stay.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.